UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ELENI DIMITRIOU,**

    **Plaintiff,**

v.                                        **Case No. 8:05-cv-867-T-23TBM**

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on Defendant's **Unopposed Motion to Compel Production of Records** (Doc. 16). By its motion, Defendant seeks an Order compelling non-party Kathy L. Fetchik, D.O., to provide a copy of Plaintiff's medical records pursuant to its subpoena issued on June 9, 2006. Defendant alleges that numerous attempts have been made to obtain the records, but Dr. Fetchik refuses to provide the records without prepayment of $350.00. Defendant indicates that Plaintiff's attorney does not object to the filing of the instant motion. Dr. Fetchik has failed to file a response in opposition, and thus, the motion is deemed unopposed. See M.D. Fla. R. 3.01(b).

Accordingly, Defendant's motion (Doc. 16) is **GRANTED**. Within ten (10) days of the date of this Order, Dr. Fetchik shall provide Defendant with a complete copy of the Plaintiff's medical records without prepayment or permit inspection and copying of the same

by Defendant.  Thereafter, Dr. Fetchik may invoice the Government for copies in accordance with the applicable law and policies.[1]

      **Done and Ordered** in Tampa, Florida, this 3rd day of October 2006.

                                            THOMAS B. McCOUN III
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Kathy L. Fetchik, DO, Advantage Family Medical Care, Inc., 5622 Marine Parkway, Suit 19, New Port Richey, FL 34691

---

[1]Counsel for the Government shall again contact Dr. Fetchik's office to arrange for the most expeditious and efficient production of these records.