UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ELENI DIMITRIOU,**

    **Plaintiff,**

v.                                                              **Case No.  8:05-cv-867-T-TBM**

**UNITED STATES OF AMERICA,**

    **Defendant.**
                                                 /

## **O R D E R**

THIS MATTER is before the court on the parties' **Stipulation to Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41** (Doc. 22).  The parties have resolved this matter and agree to a dismissal of this action pursuant to their stipulation.

Accordingly, it is **ORDERED** that this cause is hereby **DISMISSED WITH PREJUDICE**.[1]  The Clerk is directed to terminate all pending motions and close the case.

**Done and Ordered** in Tampa, Florida, this 4th day of January 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[1] Chambers was advised by an assistant to Plaintiff's counsel that the stipulated dismissal was with prejudice.